IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01339-PAB

WALTER L. HUERY,

    Plaintiff,

v.

DR. OBA, Corrections Corporations of America, Brentwood, Tenn., Medical Dept.,
JAN BRYANT, Corrections Corporations of America, Brentwood, Tenn., and
JOHN DOE AND JANE DOE 1-10, unknown at this time,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 5 2010

GREGORY C. LANGHAM
                CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED October 22, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01339-PAB-MJW

Walter L. Huery
Prisoner No. 61463
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Doris Cody – **CERTIFIED**
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573
**SERVICE DOCUMENTS FOR:**
**Dr. Oba, and Jan Bryant**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Doris Cody for service of process on Dr. Oba, and Jan Bryant: COMPLAINT FILED 9/20/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/25/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk