IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01339-PAB-MJW

WALTER L. HUERY,

    Plaintiff,

v.

DR.OBA, Corrections Corporation of America, Brentwood, Tenn., Medical Dept.,
JAN BRYANT, Corrections Corporation of America, Brentwood, Tenn., and
CORRECTIONS CORPORATION OF AMERICA

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION TO VACATE SETTLEMENT CONFERENCE** (Docket No. 44)

---

This matter comes before the Court upon Defendants' Motion to Vacate Settlement Conference currently scheduled for May 9, 2011.

The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Settlement Conference is VACATED and RESCHEDULED for July 14th, 2011, commencing at 1:30 p.m., in Courtroom A-502. Plaintiff shall appear by telephone and dial (303) 844-2403.

DATED this 3rd day of May, 2011

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO