IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01339-PAB-MJW

WALTER L. HUERY,

    Plaintiff,

v.

DR.OBA, Corrections Corporation of America, Brentwood, Tenn., Medical Dept.,
JAN BRYANT, Corrections Corporation of America, Brentwood, Tenn., and
CORRECTIONS CORPORATION OF AMERICA

    Defendants.

---

**ORDER GRANTING MOTION TO ALLOW DEPOSITION OF PLAINTIFF
WALTER L. HUERY PURSUANT TO FED. R. CIV. P. 30(a)(2)**
( Docket No. 48 )

---

This matter comes before the Court on Defendants' Motion to Allow Deposition of Plaintiff Walter L. Huery Pursuant to Fed. R. Civ. P. 30(a)(2) filed May 4, 2011. The Court hereby Orders as follows:

The Motion is granted. Defendants are hereby permitted to take the deposition of Plaintiff Walter L. Huery at the Sterling Correctional Facility at a mutually convenient date and time for the facility and defense counsel. (X)

Dated this 5TH day of May 2011.

(X) The parties shall comply with all Rules and Regulations of the Sterling Correctional Facility in conducting this Deposition.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO