IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01339-PAB-MJW

WALTER L. HUERY,

Plaintiff,

v.

DR. OBA, Corrections Corporation of America, Brentwood, TN, Medical Department,
JAN BRYANT, Corrections Corporation of America, Brentwood, TN, and
CORRECTIONS CORPORATION OF AMERICA,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion to Strike Defendant's Corrections Corporation of America's Reply to Plaintiff's Response to Defendants Motion to Dismiss and for Motion to Compel Defendants to Discovery (Docket No. 53) is granted in part and denied in part as follows.

     The motion is denied with respect to the request to strike the defendant's reply (Docket No. 52), finding no basis in law or in fact for such relief.  The motion to compel is granted, but only to the extent that the defendants shall make the documents listed in their First Supplemental Fed. R. Civ. P. 26(a)(1) Disclosures (Docket No. 53 at 3-5) available for inspection, as well as for copying at plaintiff's expense, at the correctional facility where plaintiff is housed (rather than at the offices of Hall & Evans, L.L.C.) upon reasonable notice to defense counsel.  In all other respects, plaintiff's motion is denied.

Date:  May 19, 2011