**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  10-cv-01339-PAB-MJW           FTR - Courtroom A-502

**Date:**    August 04, 2011                                    Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                                                           <u>*Counsel*</u>

WALTER L. HUERY,                                               George S. Meyer

    Plaintiff(s),

v.

DR. OBA, Corrections Corporation of America,        Emma J. Skivingon
Brentwood, TN, Medical Department,
JAN BRYANT, Corrections Corporation of America,
Brentwood, TN, and
CORRECTIONS CORPORATION OF AMERICA,

    Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:    SETTLEMENT   PLACED   ON   RECORD**
**Court in session:**   11:47 a.m.
Court calls case.  Appearances of counsel.   Participating by telephone, as he has done for the duration of the settlement conference,  is plaintiff.  Also present in the courtroom is defendant representative D

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**It is ORDERED:**       The Settlement Agreement is approved and shall be **confidential**

**It is ORDERED:**       A Stipulated Motion to Dismiss shall be submitted to the Court **on or before   AUGUST 31, 2011**.

**It is ORDERED:**       All further hearings and settings  before Magistrate Judge Watanabe are VACATED, including the Final Pretrial Conference set November 03, 2011 at 8:30 a.m.

**It is ORDERED:**       Defendant Corrections Corporation of America's Motion to Dismiss Plaintiff's Prisoner's Complaint [Docket No. **35**, Filed March 17, 2011] is DENIED AS MOOT.

*10-cv-01339-PAB-MJW*
*Settlement Placed on Record*
*August 04, 2011*

**It is ORDERED:**     Defendants' Motion to Compel Plaintiff to Respond to Defendants' First Set of Discovery [Docket O. **57**, Filed June 23, 2011] is DENIED AS MOOT.

Hearing concluded.
**Court in recess:**    11:59 a.m.
Total In-Court Time: 00:12

The Court spent a total of 3 hours and 12 minutes   preparing for and conducting this settlement conference and   placing the settlement agreement on the record.